UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KALEB THOMAS,

    Plaintiff,

v.                                      Case No.:  2:24-cv-689-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

Before the Court is the Defendant's Unopposed Motion for Remand. (Doc. 16.) The Commissioner believes that remand is appropriate for the ALJ to:

> further evaluate the prior administrative medical findings pursuant to 20 CFR § 416.920c; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the Plaintiff's occupational base; resolve any conflicts between the occupational evidence provided by the vocational expert and the information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations; offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

(*Id.* at 1.)

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-

02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. Defendant's Unopposed Motion for Remand (Doc. 16) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on November 25, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record